NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3303

JULIO C. SANTIAGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090311-I-1.

ON MOTION

O R D E R

Julio C. Santiago's moves for reconsideration of the court's order dismissing this appeal on November 16, 2009 for failure to pay the docketing fee.

The court notes that it denied Santiago's motion for leave to proceed in forma pauperis on October 22, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's November 16, 2009, order dismissing Santiago's petition will be vacated, the mandate will be recalled, and the petition will be reinstated, if Santiago pays the docketing fee within 21 days of the date of filing of this order. If the appeal is reinstated, the United States Postal Service's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

**DEC 1 8 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK

cc: . Julio C. Santiago (copy of October 22, 2009 order attached)
Lauren S. Moore, Esq.

s20